**Order entered December 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01126-CV

**CITY OF RICHARDSON, Appellant**

**V.**

**RUSSELL J. BOWMAN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00289**

## ORDER

Before the Court is appellant's December 12, 2016 second unopposed motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 30, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/    ELIZABETH LANG-MIERS
JUSTICE